NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CLIFFORD A. LOWE, SPOTA LLC, FKA INSITE SOLUTIONS, LLC,**
*Plaintiffs-Appellants*

**v.**

**SHIELDMARK, INC., ADVANCED PLASTICS, INC., CROWN EQUIPMENT CORPORATION,**
*Defendants-Cross-Appellants*

———————————

2023-1786, 2023-1871, 2023-1893

———————————

Appeals from the United States District Court for the Northern District of Ohio in No. 1:19-cv-00748-JG, Judge James S. Gwin.

———————————

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

(1) The appeals are consolidated as appeals and cross-appeal, and thus one set of briefs should be filed for the three appeals.  The revised official caption is reflected above.  To align the briefing schedules, the Court designates Clifford A. Lowe, Spota LLC, fka InSite Solutions,

2                                              LOWE v. SHIELDMARK, INC.

LLC (collectively, "Lowe") as Appellant.  Appeal No. 2023-1893 is designated a cross-appeal.

(2) The briefing schedule for the consolidated appeals shall be as follows: Lowe's principal brief addressing Appeal Nos. 2023-1786 and 2023-1871 shall be due no later than July 10, 2023.  The principal and response brief of ShieldMark, Inc., Advanced Plastics, Inc., and Crown Equipment Corporation (collectively "ShieldMark"), addressing all three appeals, shall be due no later than 40 days after service of Lowe's principal brief.  Lowe's response and reply brief, addressing all three appeals, shall be due no later than 40 days after service of ShieldMark's principal and response brief.  ShieldMark's reply brief, addressing only Appeal No. 23-1893, shall be due no later than 21 days after service of Lowe's response and reply brief.

FOR THE COURT

May 23, 2023                              /s/ Peter R. Marksteiner
Date                                       Peter R. Marksteiner
                                           Clerk of Court